UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELSETA SALTERS,

    Plaintiff,

v.                                                CASE NO: 8:10-cv-1411-T-26MAP

DOLGENCORP., INC., d/b/a Dollar
General Stores,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Permission to Appear and File Pleadings (Dkt. 8) is granted.

2) Plaintiff's Motion for Extension of Time (Dkt. 9) is granted. Plaintiff's counsel shall have sixty (60) days within which to comply with this Court's previous order entered August 2, 2010, at docket 7. Until such time as Plaintiff's counsel becomes a member of the Bar of this Court, he shall be deemed to be proceeding *pro hac vice*.

3) Plaintiff's Motion for Case to be Remanded to State Court (Dkt. 10) is denied. See Burt Co. v. Clarendon Nat'l Ins. Co., 2010 WL 2616868 *1 (11th Cir. July 1, 2010) (unpublished) (concluding that events occurring after removal, such as the post-removal amendment of a complaint to remove certain claims which may reduce the damages recoverable below the amount in controversy requirement, do not divest the district court of jurisdiction) (citing Poore v. American-Amicable Life Ins. Co., 218 F.3d 1287, 1290-91 (11th Cir. 2000)).

**DONE AND ORDERED** at Tampa, Florida, on August 30, 2010.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record